UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 20-16233-BKC-LMI
 Chapter 7

**ANDRES MEDINA**
SSN: XXX-XX-0545
**BANIA MEDINA**
SSN: XXX-XX-5330

_____Debtors._____/

**TRUSTEE, JOEL L. TABAS' MOTION TO
COMPEL TURNOVER OF DOCUMENTS FROM DEBTORS**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Andres Medina and Bania Medina (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 521, 541, and 542, files his Motion to Compel Turnover of Documents From Debtors (the "Motion to Compel"), and in support thereof, states as follows:

**I. Background**

1. This case was commenced on June 8, 2020, with the filing of a voluntary Chapter 7 bankruptcy petition by the Debtors, Andres Medina and Bania Medina (the "Debtors"). Subsequently, Joel L. Tabas was appointed as Chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate")

2. On July 23, 2020, the Trustee requested, certain documents and information necessary for the administration of the Estate (the "Document Request").

3. Despite repeated requests, to date the Debtors have not complied with the Document Request. The information and documentation sought in the Document Request is property of the Estate pursuant to 11 U.S.C. § 541, and subject to turnover pursuant to 11 U.S.C.§ 542.

4.	Moreover, 11 U.S.C. § 521(a)(3) requires a debtor to "... cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title; "and 11 U.S.C. § 521(a)(4) requires a debtor to "...  surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate..."

5.	The Debtors' failure to turn over the information and documentation requested in the Document Request not only violates the Debtors' duties under 11 U.S.C. §§ 521(a)(3) and (4), but is prejudicing the Trustee's administration of this Estate.

## II.  Requested Relief

6.	Accordingly, the Trustee seeks entry of an order compelling the Debtors to immediately turn over all information and documentation requested in the Document Request.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Andres Medina and Bania Medina respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) directing the Debtors immediately turn over all information and documentation requested in the Document Request; and (3) granting such other and further relief as this Court deems just and proper.

*[Remainder of page left blank intentionally]*

CASE NO. 20-16233-BKC-LMI

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 24, 2020, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Andres Medina
Bania Medina
1701 W 42nd Place, #13
Hialeah, FL 33012-7490

                                                  Respectfully submitted,

                                                  /s/ Joel L. Tabas
                                                  Joel L. Tabas
                                                  Fla. Bar No. 516902
                                                  Tabas & Soloff, P.A.
                                                  Attorneys for Trustee, Joel L. Tabas
                                                  Ingraham Building
                                                  25 SE Second Avenue – Suite 248
                                                  Miami, Florida 33131
                                                  Telephone:   (305) 375-8171
                                                  Facsimile:   (305) 381-7708
                                                  E-mail: jtabas@tabassoloff.com